Thad A. Davis (CSB # 220503)
ROPES & GRAY LLP
One Embarcadero Center
San Francisco, CA 94111-3711
thad.davis@ropesgray.com
Tel.: (415) 315-6300
Fax: (415) 315-6350

Richard D. Batchelder, Jr. (*pro hac vice*)
Dan Krockmalnic (*pro hac vice*)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
richard.batchelder@ropesgray.com
dan.krockmalnic@ropesgray.com
Tel.: (617) 951-7000
Fax: (617) 951-7050

Attorneys for Plaintiff XOJET, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XOJET, INC., <br><br> Plaintiff, <br><br> v. <br><br> CESSNA AIRCRAFT COMPANY, <br><br> Defendant. | Case No. CV-09-1407-CW <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER |

WHEREAS Plaintiff XOJET, Inc. ("Plaintiff") and Defendant Cessna Aircraft Company ("Defendant") are currently engaged in settlement discussions for the resolution of all claims in the above-captioned case; and

WHEREAS Plaintiff and Defendant have reached a settlement in principle; and

WHEREAS Plaintiff and Defendant believe that that they will reach final resolution and settlement of all pending claims within thirty (30) days; and

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**
**Case No. CV-09-1407-CW**

| | |
|---|---|
| 1 | WHEREAS this Stipulated Request for Order Changing Time is the first requested |
| 2 | modification of time in this case; |
| 3 | |
| 4 | NOW THEREFORE Plaintiff and Defendant jointly stipulate and request, pursuant to |
| 5 | Civil L.R. 6-2 and Civil L.R. 7-12, that this Court order that all case-related deadlines be adjourned for thirty (30) days. |
| 6 | |
| 7 | |
| 8 | PURSUANT TO STIPULATION IT IS SO ORDERED.  **THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 8/11/09 AT 2:00 P.M.** |
| 9 | |
| 10 | *[signature]* |
| 11 | _____ |
| 12 | Claudia Wilken, U.S.D.J. |
| 13 | |
| 14 | June 25, 2009 |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |