Thad A. Davis (CSB # 220503)
ROPES & GRAY LLP
One Embarcadero Center
San Francisco, CA 94111-3711
thad.davis@ropesgray.com
Tel.: (415) 315-6300
Fax: (415) 315-6350

Richard D. Batchelder, Jr. (*pro hac vice*)
Dan Krockmalnic (*pro hac vice*)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
richard.batchelder@ropesgray.com
dan.krockmalnic@ropesgray.com
Tel.: (617) 951-7000
Fax: (617) 951-7050

Attorneys for Plaintiff XOJET, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XOJET, INC., <br><br> Plaintiff, <br><br> v. <br><br> CESSNA AIRCRAFT COMPANY, <br><br> Defendant. | Case No. CV-09-1407-CW <br><br> STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rule 7-12, Plaintiff XOJET, Inc. and Defendant Cessna Aircraft Company hereby stipulate to the dismissal of Plaintiff's Claim and Defendant's Counterclaim in the above-captioned action with prejudice and without costs or attorney's fees to any party.

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION IT IS SO ORDERED. |
| 2 | *[signature]* |
| 3 | _____ |
| 4 | Claudia Wilken, U.S.D.J. |
| 5 | |
| 6 | July 14, 2009 |

|  |  |
|---|---|
| | XOJET, INC. |
| June ___, 2009 | By /s/ Thad A. Davis  _____ |
| | Thad A. Davis (CSB # 220503) |
| | ROPES & GRAY LLP |
| | One Embarcadero Center |
| | San Francisco, CA 94111-3711 |
| | thad.davis@ropesgray.com |
| | Tel.: (415) 315-6300 |
| | Fax: (415) 315-6350 |
| | |
| | Richard D. Batchelder, Jr. (*pro hac vice*) |
| | Dan Krockmalnic (*pro hac vice*) |
| | ROPES & GRAY LLP |
| | One International Place |
| | Boston, MA 02110 |
| | richard.batchelder@ropesgray.com |
| | dan.krockmalnic@ropesgray.com |
| | Tel.: (617) 951-7000 |
| | Fax: (617) 951-7050 |
| | |
| | CESSNA AIRCRAFT COMPANY |
| | |
| | By _____ |
| | William T. DelHagen |
| | Douglas Adam Rochen |
| | MURCHISON & CUMMING, LLP |
| | 801 South Grand Avenue, 9th Floor |
| | Los Angeles, California 90017 |
| | drochen@murchisonlaw.com |
| | Tel.: (213) 630-1056 |
| | Fax: (213) 623-6336 |

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to General Order 45, section IX.A-B, this document filed through the Electronic Case filing ("ECF") system on June ___, 2009 will be sent electronically to Douglas Adam Rochen, Esq. at his email addresss, drochen@murchisonlaw.com, via Notice of Electronic Filing.

I am employed in San Francisco, California; I am over 18 years of age and not a party to the within action; my business address is: Ropes & Gray LLP, One Embarcadero Center San Francisco, California, 94111.

Executed on June ___, 2009 at San Francisco, California.

/s/ Thad A. Davis
Thad A. Davis

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL**
**Case No. CV-09-1407-CW**

3